UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| RICARDO MCKENDRICK, JR<br>USM# 63054-066 | : | No. 08-207-2 |

**FILED**
JAN 06 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 5th day of January, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of counsel for the parties as well as Mr. Ricardo McKendrick, Jr. on his own behalf as reported to the Court, pursuant to the protocol approved by this District Court, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 87 months, effective November 1, 2015.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge